## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARK COX | ) | |
| | ) | |
| *Plaintiff* | ) | Case No. 1:21-cv-00789-TWP-DML |
| | ) | |
| v. | ) | Judge Tanya Walton Pratt |
| | ) | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | ) ) | Magistrate Judge Debra McVicker Lynch |
| | ) | |
| *Defendant* | ) | |

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, MARK COX by his attorney, Cesar Gavidia, and defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, by its attorney, Warren von Schleicher of Smith von Schleicher & Associates, hereby submit their Joint Notice of Pending Settlement:

The Court is hereby advised that the parties have agreed to resolve this case pursuant to settlement. The parties are in the process of finalizing written settlement documents. Upon execution of the settlement documents, the parties will file a Stipulation of Dismissal, with prejudice. The parties anticipate filing the Stipulation within the next 30 days.

By: /s/ *Cesar Gavidia* (with consent)
    Attorney for Plaintiff,
    Mark Cox

Cesar Gavidia
Dell & Schaefer, Chartered
2404 Hollywood Boulevard
Hollywood, FL 33020
P: 954-620-8300
cesar@diattorney.com

By: /s/ *Warren von Schleicher*
    Attorney for Defendant,
    Hartford Life and Accident Insurance Company

Warren von Schleicher (IL 6197189)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P: 312-541-0300
warren.vonschleicher@svs-law.com

CERTIFICATE OF SERVICE

I certify that on December 8, 2021, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Cesar Gavidia
Gregory Michael Dell
Dell & Schaefer, Chartered
2404 Hollywood Boulevard
Hollywood, FL 33020

*/s/ Warren von Schleicher*
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
P 312.541.0300 | F 312.541.0933
warren.vonschleicher@svs-law.com
Ill. Bar No. 6197189