IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARK COX | ) | |
| | ) | |
|     *Plaintiff* | ) | Case No. 1:21-cv-00789-TWP-DML |
| | ) | |
|     v. | ) | Judge Tanya Walton Pratt |
| | ) | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | ) ) | Magistrate Judge Debra McVicker Lynch |
| | ) | |
|     *Defendant* | ) | |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, Mark Cox ("Plaintiff"), and defendant, Hartford Life and Accident Insurance Company ("Hartford"), hereby stipulate and agree to the dismissal of Plaintiff's Complaint and the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ *Cesar Gavidia* (with consent)
    Attorney for Plaintiff,
    Mark Cox

Cesar Gavidia
Dell & Schaefer, Chartered
2404 Hollywood Boulevard
Hollywood, FL 33020
P: 954-620-8300
cesar@diattorney.com

By: /s/ *Warren von Schleicher*
    Attorney for Defendant,
    Hartford Life and Accident Insurance
    Company

Warren von Schleicher (IL 6197189)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P: 312-541-0300
warren.vonschleicher@svs-law.com

SO ORDERED:

Dated: _____

_____
United States District Judge

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

2

## CERTIFICATE OF SERVICE

I certify that on December 29, 2021, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Cesar Gavidia
Gregory Michael Dell
Dell & Schaefer, Chartered
2404 Hollywood Boulevard
Hollywood, FL 33020

*/s/ Warren von Schleicher*
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
P 312.541.0300 | F 312.541.0933
warren.vonschleicher@svs-law.com
Ill. Bar No. 6197189